IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

GLOBAL HARVEST, INC., )
)
    Plaintiff )
)
vs. )
)
DOWNTOWN FARMERS MARKET, )
INC., ET AL., )
)
    Defendants )

CIVIL ACTION NO.

97-AR-0830-S

**ENTERED**

MAY 1 5 1997

### FINDINGS OF FACT

1.   Default was properly entered by the Clerk on May 14, 1997, against all three defendants in the above-entitled cause, namely, Downtown Farmers Market, Inc., Jacqueline Jenkins and Freman Jenkins, with leave to prove damages.

2.   By affidavit, plaintiff, Global Harvest, Inc., has proven that defendants, jointly and severally, owe plaintiff the sum of $36,825.60.

3.   When the case was called for hearing on the merits on May 14, 1997, at 2:30 P.M., in accordance with the order entered on April 14, 1997, none of the defendants appeared, thus confessing the matters alleged in the complaint.

4.   None of defendants are minors or under any disability.

5.   The findings of fact contained in the order of April 14, 1997, are hereby REAFFIRMED and ADOPTED.

1

## CONCLUSIONS OF LAW

5.    The conclusions of law contained in the order of April 14, 1997, are REAFFIRMED and ADOPTED.

6.    Plaintiff is due to have and recover of the three defendants, jointly and severally, the sum of $36,825.60.

7.    The preliminary injunction entered on April 14, 1997, is, in all respects, due to be made permanent.

An appropriate, separate order will be entered.

DONE this ____ day of May, 1997.

WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE

2